UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ANKER INNOVATIONS TECHNOLOGY CO., LTD., <br><br>Plaintiff, <br><br>v. <br><br>AMERICA UGREEN LIMITED, UGREEN IMPORT & EXPORT CO., LTD., AND UGREEN GROUP LIMITED, <br><br>Defendant. | Case No. 2:25-cv-00379-JNW <br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Anker Innovations Technology Co., Ltd ("Plaintiff" or "Anker") hereby files this Stipulation to extend the date for Defendants America Ugreen Limited, Ugreen Import & Export Co., Ltd., and Ugreen Group Limited (collectively, "Defendants" or "Ugreen") to respond to the Complaint, pursuant to Federal Rule of Civil Procedure 6(b), as follows:

1. Plaintiff filed this design patent infringement action against Ugreen on February 28, 2025.

2. America Ugreen Limited was served with the Complaint on March 7, 2025.

3. America Ugreen Limited's response to the Complaint is currently due to this Court on March 28, 2025.

4. Plaintiff is informed and understands that Defendants have retained Ropes & Gray LLP as outside counsel in this action, and are currently in the process of retaining local counsel.

5.  Plaintiff requested a waiver of service under Rule 4(d) from Defendants Ugreen Import & Export Co., Ltd., and Ugreen Group Limited via their counsel, Ropes & Gray LLP, on March 25, 2025. Both defendants returned the waiver the same day. Under Fed. R. Civ. P. 4(d)(3), the deadline for Defendants Ugreen Import & Export Co., Ltd., and Ugreen Group Limited to respond to the complaint is currently June 23, 2025.

6.  To provide a consistent deadline for all Defendants, the parties met and conferred, and agreed to extend the time for all Defendants to respond to the complaint by 90 days from March 28, 2025, the current deadline for America Ugreen Limited, or **June 26, 2025**.

7.  **THEREFORE**, Anker stipulates that Defendants shall have until June 26, 2025 to respond to the Complaint, and hereby requests that the Court issue an order setting June 26, 2025 as the deadline for any responsive pleadings.

Dated:   March 26, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/ Evan D. Brewer*
Evan D. Brewer (WSBA No. 59650)
*ebrewer@orrick.com*
401 Union Street, Suite 3300
Seattle, WA  98101-2668
Telephone:  +1 206 839 4300
Facsimile:  +1 206 839 4301

Diana Rutowski (*Pro Hac Vice*)
*drutowski@orrick.com*
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Plaintiff Anker Innovations Technology Co., Ltd.*

**[PROPOSED] ORDER**

The Court having considered Plaintiff's Stipulation to Extend Time to Respond to the Complaint, and finding good cause, hereby ORDERS that Defendants America Ugreen Limited, Ugreen Import & Export Co., Ltd., and Ugreen Group Limited shall have until June 26, 2025 to respond to the Complaint.

**The Court also reminds the Parties that, per chambers procedures, the instant motion is not necessary. "Parties may agree to extend the time for a defendant to answer or otherwise respond to a complaint. So long as the parties agree to an extension, there's no need to file a stipulation with the Court." § 5.3, Chambers Procedures – Civil (eff. April 24, 2024) (available at https://www.wawd.uscourts.gov/judges/whitehead-chambers). Nevertheless, the Court GRANTS the stipulated motion and EXTENDS the time for Defendants to answer or otherwise respond to the complaint.**

IT IS SO ORDERED.

Dated: March 27, 2025

*Honorable Jamal N. Whitehead*
United States District Judge