THE HONORABLE JAMAL N WHITEHEAD

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

9
10
11
12
13
14
15

| | |
|---|---|
| ANKER INNOVATIONS TECHNOLOGY CO., LTD., <br><br>             Plaintiff, <br><br>           v. <br><br> AMERICA UGREEN LIMITED, UGREEN IMPORT & EXPORT CO., LTD., AND UGREEN GROUP LIMITED, <br><br>             Defendant. | Case No. 2:25-cv-00379-JNW <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE MOTION TO DISMISS |

16
17
18
19
20

Plaintiff Anker Innovations Technology Co., Ltd. ("Plaintiff" or "Anker") hereby files this Stipulation to extend the date for Plaintiff to respond to the Motion to Dismiss ("Mot.") filed by Defendants America Ugreen Limited, Ugreen Import & Export Co., Ltd., and Ugreen Group Limited (collectively, "Defendants" or "Ugreen"), and for Defendants to file a reply, pursuant to Federal Rule of Civil Procedure 6(b), as follows:

21
22
23

1.     Plaintiff filed this design patent infringement action against Ugreen on February 28, 2025.

24

2.     America Ugreen Limited was served with the Complaint on March 7, 2025.

25
26

3.     America Ugreen Limited's response to the Complaint is currently due to this Court on March 28, 2025.

27
28

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME RE MTD

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

4.      The parties agreed to and the Court granted an extension of time for Defendants to respond to the complaint to align the deadline for the domestic and foreign defendants and set the deadline for both as June 26, 2025.

5.      Defendants filed a motion to dismiss on June 26, 2025, making Plaintiff's opposition due on July 17, and Defendants' reply on July 24.

6.      The parties now agree to extend Plaintiff's opposition deadline by two weeks to July 31, 2025, and Defendants' reply deadline by one week to August 14, 2025, to accommodate preexisting travel plans by counsel.

7.      **THEREFORE**, the parties stipulate that Plaintiff shall have until July 31, 2025 Defendants shall have until June 26, 2025 to respond to Defendants' motion to dismiss and that Defendants shall have until August 14, 2025 to file a reply in support of their motion to dismiss, and hereby requests that the Court issue an order to that effect.

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME RE MTD                    - 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

1    Dated:   July 11, 2025

2

3    ORRICK, HERRINGTON & SUTCLIFFE LLP    ROPES & GRAY LLP

4    By: *s/ Evan D. Brewer*                                    By: *s/ Matthew J. Rizzolo*

5        Evan D. Brewer (WSBA No. 59650)              Matthey J. Rizzolo (*Pro Hac Vice*)
         *ebrewer@orrick.com*                                         *matthew.rizzolo@ropesgray.com*

6        401 Union Street, Suite 3300                          Colin Dunn (*Pro Hac Vice*)
         Seattle, WA  98101-2668                                 *colin.dunn@ropesgray.com*

7        Telephone:  +1 206 839 4300                         2099 Pennsylvania Ave NW
         Facsimile:  +1 206 839 4301                          Washington, DC 20006-6807

8                                                                          Telephone:  +1 202 508 4600
         Diana Rutowski (*Pro Hac Vice*)

9        *drutowski@orrick.com*                                Matthew R Shapiro (*Pro Hac Vice*)
         1000 Marsh Road                                          *matthew.shapiro@ropesgray.com*

10       Menlo Park, CA 94025-1015                        Steven Pepe (*Pro Hac Vice*)
         Telephone: +1 650 614 7400                         *steven.pepe@ropesgray.com*

11                                                                         1211 Avenue of the Americas
         Yufeng Ma                                                     38th Floor

12       *yma@orrick.com*                                        New York, NY 10036
         353 N. Clark St., Ste 3600                            Telephone: +1 212 596 9000

13       CHICAGO, IL 60654
                                                                         MARTINEZ & FARMER LLP

14   *Attorney for Plaintiff Anker Innovations*
     *Technology Co., Ltd.*                                        Ariel A Martinez

15                                                                         *ariel@mfseattle.com*
                                                                         4020 East Madison St, Ste 300

16                                                                       Seattle, WA 98112
                                                                         Telephone: +1 206 208 2272

17                                                                       *Attorney for Defendants America*
                                                                         *Ugreen Limited, Ugreen Import &*

18                                                                       *Expert Co. Ltd., and Ugreen Group*
                                                                         *Limited*

19

20   *Pursuant to this Court's Electronic Filing
     Procedure III L, the electronic signatory has

21   obtained approval from all other signatories.

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

The Court having considered the parties' Stipulation to Extend Time to Respond Regarding Defendants' Motion to Dismiss, and finding good cause, hereby ORDERS that Plaintiff Anker Innovations Technology Co., Ltd. Shall have until July 31, 2025 to file an opposition to the motion to dismiss filed by Defendants America Ugreen Limited, Ugreen Import & Export Co., Ltd., and Ugreen Group Limited ("Defendants") and that Defendants shall have until August 14, 2025 to file a reply in support of their motion to dismiss.

**IT IS SO ORDERED.**

Dated: <u>July 14, 2025</u>

*Honorable Jamal N. Whitehead*
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME RE MTD                  - 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300