UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ANKER INNOVATIONS TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMERICA UGREEN LIMITED, UGREEN IMPORT & EXPORT CO., LTD., AND UGREEN GROUP LIMITED, <br><br> Defendants. | Case No. 2:25-cv-00379-JNW <br><br> **ORDER GRANTING JOINT STIPULATED MOTION TO ENTER CASE SCHEDULE AND SET BRIEFING SCHEDULE FOR OPPOSED MOTION TO STAY PENDING REQUEST FOR EX PARTE RE-EXAMINATION** <br><br> The Honorable Jamal N. Whitehead |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' Joint Stipulated Motion to Enter Case Schedule and Set Briefing Schedule for Motion to Stay.  Pursuant to the parties' Stipulated Motion, the Court sets the following briefing schedule and case schedule:

| EVENT(S) | DEADLINE(S) |
|---|---|
| Defendants to File Motion to Stay | Thursday, March 19, 2026 |
| Plaintiff to File Opposition to Motion to Stay | Friday, April 3, 2026 |
| Defendants to File Reply in Support of Motion to Stay | Thursday, April 9, 2026 |
| Parties to file Joint Claim Chart and Prehearing Statement[1] | Thursday, April 23, 2026 |
| Construction Expert Disclosures, if necessary | Thursday, April 23, 2026 |
| Completion of Claim Construction Discovery, if necessary | Thursday, May 21, 2026 |
| Parties to Serve Claim Construction Opening Brief | Thursday, May 28, 2026 |
| Parties to Serve Claim Construction Answering Brief | Thursday, June 25, 2026 |
| Tutorial and Claim Construction Hearing | *If the Court deems necessary* |
| Deadline for Amended Pleadings | Tuesday, August 25, 2026 |
| Close of Fact Discovery | Friday, November 20, 2026 |
| Parties to Exchange Initial Expert Reports | Thursday, December 17, 2026 |
| Parties to Exchange Responsive/Rebuttal Expert Reports | Thursday, January 28, 2027 |
| Close of Expert Discovery | Thursday, February 25, 2027 |
| Parties to File Case Dispositive Motions and/or *Daubert* Motions | Thursday, April 8, 2027 |
| Trial | *Per Court order* |

**IT IS SO ORDERED**.

Dated: 12th day of March, 2026.

Honorable Jamal N. Whitehead
United States District Judge

---

[1] This is a design patent case, and the parties note that the Patent Local Rules do not automatically apply in cases involving design patents. The parties nevertheless agree that the Patent Local Rules (in part) provide a useful framework for this case and have adapted them insofar as they are relevant. The parties do not believe that a separate *Markman* hearing is necessary but will make themselves available should the Court find it helpful.

ORDER
CASE NO. 2:25-CV-00379-JNW

2